AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Charleston Allen, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    3:10-1633-MBS |
| Apple J L.P. and Apple Gold, Inc. ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: judgment is entered for the defendants Apple J L.P. and Apple Gold Inc. as to the plaintiff's race discrimination claim with prejudice.

The court having entered an order of dismissal as to the plaintiff's claim for successor employer liability, it is further ordered and adjudged that the plaintiff shall taking nothing of the defendants as the claim for successor employer liability and this claim is dismissed with prejudice.

The court having adopted the Report and Recommendation of Magistrate Judge Joseph R. McCrorey which granted summary judgment as to the plaintiff's gender discrimination claim, it is ordered that summary judgment is entered for the defendants as to the plaintiff's gender discrimination claim and this claim is dismissed with prejudice.

This action was *(check one)*:

■ tried by a jury with Chief Judge Margaret B. Seymour presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge

Date:   December 5, 2012                                                *CLERK OF COURT*

                                                                                                    s/Angie Snipes
                                                                                    _____
                                                                                    *Signature of Clerk or Deputy Clerk*